New York Egg Auction, Inc., Respondent, *v.* William Schechter, as Trustee in Bankruptcy of Ira M. Zucker, Appellant.

Submitted February 26, 1951; decided March 9, 1951.

*Leon Quat* for motion.
*Michael Berman* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the order does not finally determine the action within the meaning of the Constitution.